LEOPOLD MAYER *et al.*

*v.*

SAMUEL B. RAYMOND, County Treasurer, *et al.*

*Opinion filed October 19, 1900—Rehearing denied December 19, 1900.*

This case is controlled by the decisions in *Earl & Wilson* v. *Raymond*, (*ante*, p. 15,) and *Kimbark* v. *Raymond*, (*ante*, p. 66.)

APPEAL from the Circuit Court of Cook county; the Hon. E. F. DUNNE, Judge, presiding.

HUFF & COOK, (ROBERT S. ILES, of counsel,) for appellants.

JULIUS A. JOHNSON, County Attorney, and FRANK L. SHEPARD, Assistant County Attorney, for appellees.

Per CURIAM: In *Earl & Wilson* v. *Raymond*, (*ante*, p. 15,) and *Kimbark* v. *Raymond*, (*ante*, p. 66), the questions presented by this record arose and were considered and determined by this court. On the authority of the opinions filed in those cases the judgment herein is affirmed.

*Judgment affirmed.*